**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.374.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
OneMain Financial Group, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOLYARD,<br><br>    Plaintiff,<br><br>vs.<br><br>ONEMAIN FINANCIAL GROUP, LLC; DOES 1-10 inclusive,<br><br>    Defendant. | Case No.: 2:17-at-00459<br><br>[Removal from the Superior Court of California for the County of San Joaquin, Case No. STK-CV-LPI-2017-3198]<br><br>**DEFENDANT ONEMAIN FINANCIAL GROUP, LLC'S CORPORATE DISCLOSURE** |

The undersigned, counsel of record for Defendant OneMain Financial Group, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

OneMain Financial Group, LLC is not a publicly owned company. OneMain Financial Group, LLC is an indirect wholly-owned subsidiary of OneMain Holdings, Inc. (formerly known as Springleaf Holdings, Inc.), a Delaware Corporation, which is a publicly traded company.

DATED: April 28, 2017

YU | MOHANDESI LLP

By  /s/ Brett B. Goodman
B. Ben Mohandesi
Jordan S. Yu
Brett B. Goodman
Attorneys for Defendant
OneMain Financial Group, LLC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Yu | Mohandesi LLP, 633 West Fifth Street, Suite 2800, Los Angeles, CA 90071. On April 28, 2017, I served the following document(s) by the method indicated below:

**DEFENDANT ONEMAIN FINANCIAL GROUP, LLC'S CORPORATE DISCLOSURE**

|   | |
|---|---|
|   | by transmitting via facsimile on this date the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was ordered by the Court. |
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. |
|   | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. |
|   | by having the document(s) listed above hand-delivered to the person(s) at the address(es) set forth below. |
|   | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business to the address(es) set forth below. |
|   | by emailing the document(s) listed above to the person(s) at the address(es) set forth below. |

*<u>Plaintiff's Counsel</u>*

Todd M. Friedman
Adrian R. Bacon
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 28, 2017, at Los Angeles County, California.

_____
Diana Choe