**YU | MOHANDESI LLP**

**B. Ben Mohandesi (SBN 214921)**
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant,
OneMain Financial Group, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOLYARD,<br><br>      Plaintiff,<br><br>      vs.<br><br>ONEMAIN FINANCIAL GROUP, LLC;<br>DOES 1-10 inclusive,<br><br>      Defendant. | Case No.: 2:17−CV−00905−TLN−EFB<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION**<br><br>Hon. Troy L. Nunley |

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

## ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the Action shall be submitted to binding arbitration before AAA. The Court further orders that the Action is stayed pending completion of arbitration. The parties shall file a joint status report within ten (10) days of completion of arbitration.

IT IS SO ORDERED.

Dated: June 5, 2017

Troy L. Nunley
United States District Judge