Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOLYARD, | Case No. 2:17-CV-00905-TLN-EFB |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| ONEMAIN FINANCIAL GROUP, LLC, | |
| Defendant. | |

Plaintiff, Thomas Bolyard, and Defendant, OneMain Financial Group, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned matter with prejudice and with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 20th day of December, 2017

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/Brett B. Goodman, Esq.
BRETT B. GOODMAN
Attorneys for Defendant,
OneMain Financial Group, LLC

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Brett B. Goodman, counsel for OneMain Financial Group, LLC, and obtained his authorization to affix his electronic signature to this document.

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

Filed electronically on this 20th Day of December, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Troy L. Nunley
Honorable Magistrate Judge Edmund F. Brennan
United States District Court
Eastern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 20th Day of December, 2017

<u>s/Todd M. Friedman, Esq.</u>
   Todd M. Friedman